IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02126–REB–KMT

BANK OF AMERICA, N.A.,

    Plaintiff,

v.

DAKOTA HOMESTEAD TITLE INSURANCE COMPANY,

    Defendant.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Defendant's "Unopposed and Joint Motion for Entry of Stipulated Protective Order." (Doc. No. 15, filed Feb. 4, 2013.) The Motion is DENIED and the proposed Protective Order is REFUSED. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

*Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection." *Gillard*, 196 F.R.D. at 386.

Further, Paragraph 14 of the proposed Protective Order provides that confidential documents filed with the court should be filed conventionally (i.e. by hand) in a sealed envelope. This provision is at odds with the Electronic Case Filing Procedures (Civil) for the United States District Court for the District of Colorado. More specifically, like all other court-filings, restricted documents shall be filed electronically, via the court's ECF system. *See* D.C.COLO. ECF Procedures (Civil) VI.6.1.B.

The proposed Protective Order does not comply with the requirements established in *Gillard* and the court's ECF Procedures.  Therefore, it is ORDERED that the Motion for Protective Order (Doc. No. 15) is DENIED without prejudice, and the proposed Protective Order is REFUSED.

Dated: February 6, 2013