**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02126-REB-KMT

BANK OF AMERICA, N.A.,

    Plaintiff,

v.

DAKOTA HOMESTEAD TITLE INSURANCE COMPANY,

    Defendant.

**FINAL JUDGMENT**

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Granting Motion To Dismiss** [#22] entered by Judge Robert E. Blackburn on March 29, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Dakota Homestead Title Insurance Company's Motion To Dismiss** [#7] filed August 17, 2012, is **GRANTED**;

2. That **JUDGMENT IS ENTERED** in favor of the Defendant, Dakota Homestead Title Insurance Company, against the plaintiff, Bank of America, N.A.; and

3. That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court in the time and manner prescribed by Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 29th day of March, 2013.

                      FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK
                      By: s/Edward P. Butler
                            Edward P. Butler, Deputy Clerk