**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02126-REB-KMT

BANK OF AMERICA, N.A.,

      Plaintiff,

v.

DAKOTA HOMESTEAD TITLE INSURANCE COMPANY,

      Defendant.

---

**MINUTE ORDER**[1]

---

      Given the recent ruling [#42] in this case of the United States Court of Appeals for the Tenth Circuit, the **Motion to Alter or Amend Judgment With Respect to Attorney Fees** [#25] filed April 12, 2013, and the **Motion For Attorney Fees** [#26] filed April 12, 2013, both are **DENIED** without prejudice.

      Dated:  March 4, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.