**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-02126-REB-KMT

BANK OF AMERICA, N.A.,

      Plaintiff,

v.

DAKOTA HOMESTEAD TITLE INSURANCE COMPANY,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal of Action with Prejudice** [#82][1] filed April 15, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal of Action with Prejudice** is approved;

      2.  That all pending pretrial deadlines are vacated;

      3.  That the combined Final Pretrial Conference/Trial Preparation Conference set October 22, 2015, is vacated;

      4.  That the jury trial set to commence October 26, 2015, is vacated; and

      5.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#82]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated April 17, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge